# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

The Kroger Company, et al.,
    Plaintiffs

v.                          Case No. 1:10-cv-161

Excentus Corporation,
    Defendant

## ORDER

On December 28, 2011, the deadlines and dates set forth in the Scheduling Order of January 13, 2011 were extended by four months.

Therefore, the parties are to submit to the Court, no later than January 17, 2012, a Proposed Amended Scheduling Order based on the four month extension. Such Proposed Order is to be email to chambers.

**SO ORDERED**.

Date: January 3, 2012                        s/Sandra S. Beckwith
                                                        Sandra S. Beckwith, Senior Judge
                                                        United States District Court