# CIVIL MINUTE SHEET

CASE NUMBER: 1:10-CV-161  DATE: Tuesday, March 27, 2012
TITLE: The Kroger Co. v. Excentus Corp.
RE: Markman Hearing (9:04 - 12:24)

**Honorable Sandra S. Beckwith**
Courtroom Deputy: Mary Brown
Law Clerk: Patrick Smith
Court Reporter: Mary Ann Ranz (Official)

| Attorney for Plaintiff(s) | Attorney for Defendant(s) |
|---|---|
| Stephen Butler | Brett Govett |
| Jeffrey Metzcar | Michael Regitz |
| Heather Hawkins | Carl Stitch |
| | Dickson Perry (CEO) |

## WITNESSES

## PROCEEDINGS

Pl's presentation (powerpoint) to the Court. (9:04 - 10:06)
D's presentation (powerpoint) to the Court (10:07 - 11:44)
Replies. Matter taken under submission.