# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

The Kroger Company, et al.,
    Plaintiffs

v.                       Case No.   1:10-cv-161

Excentus Corporation,
    Defendant

## ORDER

The undersigned hereby recuses herself from this case. The Clerk is hereby directed to reassign this case to another district judge.

**SO ORDERED**.

Date: May 8, 2012                    s/Sandra S. Beckwith
                                          Sandra S. Beckwith, Senior Judge
                                          United States District Court